

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00329-CR

**CHRISTOPHER JEROME LANDRUM,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2021-911-C1**

## MEMORANDUM OPINION

Appellant Christopher Landrum has filed a motion to dismiss this appeal. TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal. Landrum and his counsel have signed the motion. The motion is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 24, 2024
Do not publish
[CR25]

